ELLIOT ENOKI
United States Attorney
District of Hawaii

LORETTA SHEEHAN
THOMAS MUEHLECK
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00314 SOM |
| Plaintiff, | ) | |
| v. | ) | FIRST SUPERSEDING INDICTMENT |
| MY LEE, (01) | ) | |
| AMY WONG, (02) | ) | [21 U.S.C. § 846; § 841 (a)(1)] |
| HONG TRAN, (03) | ) | |
| QUE NGUYEN, (04) | ) | |
| MINH LNU, (05) | ) | |
| a.k.a. "Queen," | ) | |
| LOREEN COELHO, (06) | ) | |
| a.k.a. "Bullet," | ) | |
| LETICIA SAIO, (07) | ) | |
| a.k.a. "Lei," | ) | |
| EUGENE NAEOLE, (08) | ) | |
| a.k.a. "Kalani," | ) | |
| RATSMY POUNPANYA, (09) | ) | |
| a.k.a. "Jay," | ) | |
| PETER BUI, (10) | ) | |
| MAI LNU, (11) | ) | |
| CHUNG LNU, (12) | ) | |
| a.k.a. "Nhung," | ) | |
| a.k.a. "Oanh," | ) | |
| a.k.a. "Ha," | ) | |
| THAO THI NGUYEN, (13) | ) | |
| a.k.a. "Mimi Thao Ray," | ) | |
| NGOC NGUYEN, (14) | ) | |
| Defendants. | ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but at least on or about June 12, 2001, to on or about August 9, 2001, in the District of Hawaii, the defendants, MY LEE, AMY WONG, HONG TRAN, QUE NGUYEN, MINH LNU, a.k.a. "Queen," LOREEN COELHO, a.k.a. "Bullet," LETICIA SAIO, a.k.a. "Lei," EUGENE NAEOLE, a.k.a. "Kalani," RATSMY POUNPANYA, a.k.a. "Jay," PETER BUI, MAI LNU, CHUNG LNU, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," and NGOC NGUYEN, did conspire with one another, and with others known and unknown, to commit offenses against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

WAYS AND MEANS OF ACCOMPLISHING THE CONSPIRACY

1.  MINH LNU, a.k.a. "Queen," LOREEN COELHO, a.k.a. "Bullet," LETICIA SAIO, a.k.a. "Lei," EUGENE NAEOLE, a.k.a. "Kalani, RATSMY POUNPANYA, a.k.a. "Jay," PETER BUI, MAI LNU, CHUNG LNU, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," and others

known and unknown are distributors of methamphetamine in Hawaii.

    2. HONG TRAN supplies methamphetamine to MINH LNU, a.k.a. "Queen," LOREEN COELHO, a.k.a. "Bullet," LETICIA SAIO, a.k.a. "Lei," EUGENE NAEOLE, a.k.a. "Kalani, RATSMY POUNPANYA, a.k.a. "Jay," PETER BUI, MAI LNU, CHUNG LNU, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," and others known and unknown.

    3. NGOC NGUYEN assists HONG TRAN.

    4. HONG TRAN and QUE NGUYEN work with each other to obtain methamphetamine for sub-distributors.

    5. MY LEE and AMY WONG supply methamphetamine to HONG TRAN for further distribution.

    6. The defendants used cellular and land line telephones, pagers, and voice mail messaging systems to communicate with one another.

## OVERT ACTS

    1. On or about June 13, 2001, HONG TRAN told RATSMY POUNPANYA, a.k.a. "Jay," that they could do business in one hour.

    2. On or about June 13, 2001, HONG TRAN asked AMY WONG to meet him in the parking lot of Long's Drug Store in one-half hour.

    3. On or about June 13, 2001, HONG TRAN and AMY WONG met in the parking lot of Long's Drug Store.

4. On or about June 13, 2001, HONG TRAN told RATSMY POUNPANYA, a.k.a. "Jay," that he had four ounces of methamphetamine for him and could meet him in fifteen minutes.

5. On or about June 13, 2001, HONG TRAN met with RATSMY POUNPANYA, a.k.a. "Jay."

6. On or about June 18, 2001, CHUNG, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," told HONG TRAN that he wanted different stuff, not the same stuff as last time.

7. On or about June 18, 2001, PETER BUI ordered a quantity of methamphetamine from HONG TRAN.

8. On or about June 19, 2001, HONG TRAN told PETER BUI that it would cost him $2,300 for an ounce of methamphetamine.

9. On or about June 19, 2001, PETER BUI ordered one ounce of methamphetamine from HONG TRAN.

10. On or about June 19, 2001, HONG TRAN ordered a quantity of methamphetamine from AMY WONG.

11. On or about June 19, 2001, PETER BUI ordered an additional one-half ounce of methamphetamine from HONG TRAN.

12. On or about June 19, 2001, HONG TRAN met with AMY WONG.

13. On or about June 20, 2001, PETER BUI asked HONG TRAN if the stuff that came in yesterday was any cheaper.

4

14. On or about June 26, 2001, an unknown female called HONG TRAN and warned him that the police were all around.

15. On or about June 27, 2001, QUE NGUYEN told HONG TRAN that he tried to wash the stuff by using nail alcohol but that the stuff turned a green/blue color.

16. On or about June 27, 2001, HONG TRAN advised QUE NGUYEN on how to wash methamphetamine.

17. On or about June 27, 2001, PETER BUI called HONG TRAN and asked whether HONG TRAN wanted a male to come to his house to buy four "eggs," or one-eighth ounce quantities of methamphetamine.

18. On or about June 27, 2001, LETICIA SAIO, a.k.a. "Lei," asked HONG TRAN if she could obtain one-half ounce of methamphetamine, although she was short $100.

19. On or about June 29, 2001, PETER BUI negotiated for the purchase of two "eggs", i.e., one-eighth ounce quantities of methamphetamine.

20. On or about June 29, 2001, LOREEN COELHO, a.k.a. "Bullet," advised HONG TRAN that her friend was going to bring some money.

21. On or about June 30, 2001, HONG TRAN offered MAI LNU $1,200 for one-half ounce of methamphetamine of a higher quality, and $1,150 for one-half ounce of methamphetamine of a lower quality.

22. On or about June 30, 2001, MAI LNU ordered one-half ounce of the methamphetamine of a higher quality and one-half ounce of the methamphetamine of a lower quality.

23. On or about July 1, 2001, HONG TRAN ordered a quantity of methamphetamine from AMY WONG.

24. On or about July 1, 2001, AMY WONG said that she had to check with MY LEE.

25. On or about July 1, 2001, MY LEE drove to an apartment in Waikiki and returned.

26. On or about July 1, 2001, AMY WONG met with HONG TRAN.

27. On or about July 2, 2001, HONG TRAN agreed to sell PETER BUI four ounces of methamphetamine for $9,000.

28. On or about July 2, 2001, LETICIA SAIO, a.k.a. "Lei," ordered a quantity of methamphetamine from HONG TRAN.

29. On or about July 2, 2001, THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," ordered a quantity of methamphetamine from HONG TRAN.

30. On or about July 2, 2001, THAO THI NGUYEN, a.k.a. "Mimi Thao Ray," indicated that Hoa had the money and would pick up the quantity of methamphetamine from HONG TRAN.

31. On or about July 3, 2001, QUE NGUYEN told HONG TRAN that he had a supply of methamphetamine for him but that it was not nice.

32. On or about July 3, 2001, PETER BUI told HONG TRAN that he had $600 and wanted two "eight balls", i.e., one-eighth ounce quantities of methamphetamine.

33. On or about July 4, 2001, CHUNG LNU, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," inquired as to the price of one-half an ounce.

34. On or about July 5, 2001, LOREEN COELHO, a.k.a. "Bullet," told HONG TRAN that she had the money for him.

35. On or about July 6, 2001, CHUNG, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," negotiated with HONG TRAN for the purchase of four "eggs," i.e., one-eighth ounce quantities of methamphetamine.

36. On or about July 6, 2001, HONG TRAN ordered a quantity of methamphetamine from MY LEE.

37. On or about July 6, 2001, MY LEE agreed to meet HONG TRAN at Zippy's.

38. On or about July 6, 2001, LETICIA SAIO, a.k.a. "Lei," ordered two "eight balls," i.e., one-eighth ounce quantities of methamphetamine.

39. On or about July 6, 2001, LETICIA SAIO, a.k.a. "Lei," met with HONG TRAN.

40. On or about July 7, 2001, MAI LNU ordered an ounce of methamphetamine from HONG TRAN.

41. On or about July 8, 2001, CHUNG, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," ordered two "eggs," i.e., one-eighth ounce quantities of methamphetamine from HONG TRAN.

42. On or about July 8, 2001, LETICIA SAIO, a.k.a. "Lei," ordered one-half ounce of methamphetamine from HONG TRAN.

43. On or about July 8, 2001, HONG TRAN distributed one-half ounce of methamphetamine to LETICIA SAIO, a.k.a. "Lei."

44. On or about July 9, 2001, PETER BUI ordered an ounce of methamphetamine from HONG TRAN.

45. On or about July 10, 2001, EUGENE NAEOLE, a.k.a. "Kalani," informed HONG TRAN that LETICIA SAIO, a.k.a. "Lei," had been arrested, and that the police had the drugs.

46. On or about July 12, 2001, CHUNG, a.k.a. "Nhung," a.k.a. "Oanh," a.k.a. "Ha," ordered two "eggs," i.e., one-eighth ounce quantities of methamphetamine from HONG TRAN.

47. On or about July 12, 2001, QUE NGUYEN asked HONG TRAN to go look at the stuff.

48. On or about July 12, 2001, HONG TRAN asked QUE NGUYEN to get a sample.

49. On or about July 12, 2001, QUE NGUYEN called HONG TRAN and told him that he had checked the methamphetamine, but that it had changed color, and wasn't good.

50. On or about July 12, 2001, QUE NGUYEN told HONG TRAN that the stuff had turned a blue/green color and had a strong smell.

51. On or about July 12, 2001, QUE NGUYEN ordered two ounces of methamphetamine from HONG TRAN.

52. On or about July 12, 2001, HONG TRAN offered QUE NGUYEN four ounces of methamphetamine.

53. On or about July 12, 2001, HONG TRAN met with QUE NGUYEN.

54. On or about July 15, 2001, MY LEE told HONG TRAN to bring the money to Zippy's.

55. On or about July 15, 2001, MY LEE met with HONG TRAN at Zippy's.

56. On or about July 15, 2001, THAO THI NGUYEN, a.k.a. "Mimi Thi Nguyen," complained to HONG TRAN that there was no profit if HONG TRAN sold methamphetamine for $1,200.

57. On or about July 16, 2001, a person ordered two "eggs" or one-eighth quantities of methamphetamine from HONG TRAN.

58. On or about July 21, 2001, QUE NGUYEN told HONG TRAN that there was methamphetamine available, but that it was very expensive.

59. On or about July 21, 2001, MINH LNU, a.k.a. "Queen," offered HONG TRAN $10,000 for five ounces of methamphetamine.

60. On or about July 21, 2001, HONG TRAN offered MINH LNU, a.k.a. "Queen," three ounces of methamphetamine for $6,000.

61. On or about July 22, 2001, HONG TRAN told LOREEN COELHO, a.k.a. "Bullet," that he needed the money.

62. On or about July 22, 2001, LOREEN COELHO, a.k.a. "Bullet," told HONG TRAN that another person wanted to purchase a "B" i.e., a one-eighth ounce quantity of methamphetamine.

63. On or about July 22, 2001, MAI LNU agreed to purchase a quantity of methamphetamine from HONG TRAN.

64. On or about July 22, 2001, HONG TRAN instructed LOREEN COELHO, a.k.a. "Bullet," to bring the money to his residence when she received it.

65. On or about July 22, 2001, HONG TRAN met with LOREEN COELHO, a.k.a. "Bullet."

66. On or about July 24, 2001, MINH LNU, a.k.a. "Queen," asked for three "eggs," i.e., one-eighth ounce quantities of methamphetamine.

67. On or about July 25, 2001, NGOC NGUYEN transmitted a message that HONG TRAN owed a person money.

68. On or about July 29, 2001, HONG TRAN ordered a quantity of methamphetamine from QUE NGUYEN.

69. On or about July 29, 2001, HONG TRAN brought $10,000 to the residence of QUE NGUYEN.

70. On or about July 29, 2001, HONG TRAN and QUE NGUYEN possessed approximately one-half pound of methamphetamine.

71. On or about July 29, 2001, HONG TRAN possessed five "eight balls," or "eggs," i.e., one-eighth ounce quantities of methamphetamine.

72. On or about August 9, 2001, NGOC NGUYEN held drug distribution supplies.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about July 8, 2001, in the District of Hawaii, HONG TRAN knowingly and intentionally distributed five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about July 8, 2001, in the District of Hawaii, LETICIA SAIO, a.k.a. "Lei," knowingly and intentionally possessed with the intent to distribute five

11

grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4

The Grand Jury further charges:

On or about July 29, 2001, in the District of Hawaii, HONG TRAN and QUE NGUYEN knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

The Grand Jury further charges:

On or about July 29, 2001, in the District of Hawaii, HONG TRAN knowingly and intentionally possessed with the intent to distribute, five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 6

The Grand Jury further charges:

On or about August 9, 2001, in the District of Hawaii, HONG TRAN knowingly and intentionally possessed with

the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: ____8/22____, 2001, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_[signature]_
ELLIOT ENOKI
United States Attorney

_[signature]_
LORETTA SHEEHAN
Assistant U.S. Attorney

_[signature]_
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. My Lee, et al.
First Superseding Indictment
Cr. No. 01-00314 SOM